USAO_Fax                    6/17/2026 11:24:40 AM EDT  PAGE  3/006  Fax Server

**FILED**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

JUN 1 7 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:26-CR- 33 |
| | Violations:  18 U.S.C. § 922(g)(1) |
| PAUL OLIVER DENNISON, | 18 U.S.C. § 924(a)(8) |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about October 24, 2024, in Harrison County, in the Northern District of West Virginia, defendant **PAUL OLIVER DENNISON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Delivery of a Controlled Substance (Marijuana) in Harrison County, West Virginia, Circuit Court, docket number 04-F-20-2, on April 22, 2004, and Possession with Intent to Distribute Oxycodone and Felon in Possession of a Firearm, in the Northern District of West Virginia, docket number 1:15CR25, on October 15, 2015, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus pistol, model PT 111 Millennium G2, 9x19mm caliber, serial number TK039174; a Winchester rifle, model 190, .22 LR caliber, serial number 1512377; a Taurus pistol, model PT24/7, .40 S&W caliber, serial number SXA42641; Sig Sauer pistol, model P365 SAS, 9x19mm caliber, serial number 66B044613; a Polymer80 privately-manufactured firearm, model PF940c, no serial number; a Taurus pistol, model PT738, .380 caliber, serial number 69217D; a Kel-Tec pistol, model P-32, .32

USAO_Fax                6/17/2026 11:24:40 AM EDT  PAGE   4/006  Fax Server

caliber, serial number C9539; and Kimber pistol, model Micro Raptor, .380 caliber, serial number P0034974, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

MATTHEW L. HARVEY
United States Attorney

Andrew R. Cogar
Assistant United States Attorney

USAO_Fax                6/17/2026 11:24:40 AM EDT  PAGE   4/006  Fax Server